# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0630. ATG SPORTS INDUSTRIES, INC., et al v. ITS SPRINTURF HOLDINGS, LLC.**

The Appellants have filed a motion under Rule 40 (b) requesting this Court to remand this case for completion of the record. Upon consideration of the motion, it is hereby GRANTED. See OCGA § 5-6-48 (d); *Galardi v. Steele-Inman*, 259 Ga. App. 249, 249- 250 (576 SE2d 555) (2002) (case remanded for the completion of the record and parties ordered to refile notices of appeal within 30 days after trial court's order certifying the record's completion). Upon such correction and completion of the record, the Appellants shall have 30 days to refile the notice of appeal. *Galardi*, 259 Ga. App. at 250.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  11/15/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , *Clerk.*